```
 1  GEORGE S. CARDONA
    Acting United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar No. 93390
    Asset Forfeiture Section
 7       U.S. Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-2727
 9       Facsimile: (213)894-7177
         E-Mail: Michele.Marchand@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

12  UNITED STATES DISTRICT COURT

13  FOR THE CENTRAL DISTRICT OF CALIFORNIA

14  WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CV 09-02790-GW(RZx) |
|  | ) |  |
| Plaintiff, | ) | **CONSENT JUDGMENT OF FORFEITURE AS TO LIABILITY** |
| v. | ) |  |
| $838,465.81 in Bank Funds, | ) |  |
| Defendant. | ) |  |
| AMERICAN TOOL EXCHANGE, INC. and MICHAEL WU, | ) |  |
| Claimants. | ) |  |

    Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on April 22, 2009.  A copy of the Complaint is attached hereto as Exhibit "A" and incorporated herein by this reference.  Notice was given and published in accordance with

law.  American Tool Exchange, Inc. and Michael Wu ("claimants") each filed claims and answers on May 15 and May 20, 2009, respectively.  No other claims or answers have been filed, and the time for filing claims and answers has expired.  Plaintiff and claimants have reached an agreement as to the forfeitability of the defendant $838,465.81 in bank funds ("defendant bank funds").  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1.  This court has jurisdiction over the parties and the subject matter of this action.

2.  Notice of this action has been given in accordance with law.  All potential claimants to the defendant bank funds who have not filed claims or answers are deemed to have admitted the allegations of the Complaint.  The allegations contained in the Complaint are sufficient to establish that the defendant bank funds are subject to forfeiture.  No person or entity other than plaintiff and claimants shall have any right, title or interest in the forfeited bank funds.  This Consent Judgment and anything contained in it shall not constitute evidence or an admission or adjudication of any wrongdoing or misconduct on the part of Claimants American Tool Exchange, Inc., Michael Wu or Angela Lo, the wife of Michael Wu, or any officer, director or person affiliated with American Tool Exchange, Inc. with respect to the facts alleged in the Complaint.  This judgment is intended to and will extinguish all claims arising out of the facts recited in the Complaint filed on April 22, 2009 that exist or that may exist between the parties to it, known or unknown, and to merge such claims into this Consent Judgment as of the date this

Consent Judgment is signed.

3.   Claimants hereby release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Internal Revenue Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of the claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

4.   The Court finds that there was reasonable cause for the seizure of the defendant bank funds and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5.   By November 20, 2009, plaintiff and claimants shall file simultaneous briefs on the issue of whether the forfeiture of any portion of the defendant funds should be mitigated on Eighth Amendment grounds pursuant to 18 U.S.C. § 983(g).  The

/ / /

/ / /

/ / /

parties shall file simultaneous reply briefs by December 7, 2009. A hearing on the proportionality of the forfeiture under § 983(g) shall be held on **December 10, 2009 at 8:30 a.m.**

DATED: November 9, 2009

                                        HONORABLE GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: November 4, 2009         GEORGE S. CARDONA
                                Acting United States Attorney
                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section

                                /s/ MICHELE C. MARCHAND
                                MICHELE C. MARCHAND
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America

DATED: November 4, 2009         BERNARD COOPER LAW OFFICES

                                /S/ BERNARD COOPER
                                BERNARD COOPER

                                Attorney for Claimants American
                                Tool Exchange, Inc. and Michael Wu

4